UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BEAUTY GEM, INC., :
:
Plaintiff, :
: 23-cv-3219 (LJL)
-v- :
: ORDER
:
BANK OF AMERICA, N.A., :
:
Defendant. :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023

LEWIS J. LIMAN, United States District Judge:

     The Court hereby authorizes Defendant Bank of America, N.A. to conduct the deposition of Mr. Sameer Joshi, who is housed at the Ulster Correctional Facility, via videoconference on December 4 and 5, 2023 in connection with the above-captioned matter and requests that the personnel of the Ulster Correctional Facility make Mr. Joshi available for such deposition.

     SO ORDERED.

Dated: November 27, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge